**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**LOWELL N. PAYNE, JR.,**

      **Plaintiff,**

vs.                                                      **Case No.: 2:13-cv-1172
JUDGE SMITH
Magistrate Judge Abel**

**CATHY PUMMILL,** *et al*.,

      **Defendants.**

## ORDER

On November 22, 2013, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiffs' Complaint be dismissed for failure to state a claim under 42 U.S.C. § 1983.  It was further recommended that Plaintiff Payne's Motion for Certification of a Class Action be **DENIED** because pro se prisoners are not qualified to adequately represent a class.  (*See Report and Recommendation*, Doc. 5).  The parties were advised of their right to object to the *Report and Recommendation*.  This matter is now before the Court on Plaintiff Payne's Objections to the *Report and Recommendation*.  (*See* Doc. 8).  The Court will consider the matter *de novo*.  *See* 28 U.S.C. § 636(b)(1);  Fed. R. Civ. P. 72(b)(3).

The objections present the same issues presented to and considered by the Magistrate Judge in the *Report and Recommendation*.  Plaintiff objects to the Magistrate Judge's characterization of him and his fellow inmates as prisoners.  He asserts they are "detainee's being held unlawfully at the Chillicothe Correctional Institution."  (Doc. 8 at 1).  However, as the Magistrate Judge thoroughly discussed in the *Report and Recommendation*, "a complaint must

contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.' *Twombly*, 550 U.S. at 570." *Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1949 (2009).  Plaintiff, whether identified as a prison or detainee has failed to sufficiently state a claim for relief.  For the reasons stated in the *Report and Recommendation*, this Court finds that Plaintiff's objections are without merit and are hereby **OVERRULED**.

The *Report and Recommendation,* Document 5, is **ADOPTED** and **AFFIRMED.** Plaintiffs' Complaint is hereby dismissed in its entirety.  Further, Plaintiff's other pending motions for certification, default judgment, summary judgment and reconsideration are **DENIED AS MOOT**.

The Clerk shall remove Documents 2, 3, 5, 14 AND 15 from the Court's pending motions list.  The Clerk shall terminate this case.

**IT IS SO ORDERED**.

/s/ *George C. Smith*_____
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**

2